**Fill in this information to identify the case:**

Debtor 1 _____Kenneth Neil Fisher_____

Debtor 2 _____Angela Marie Fisher_____
(Spouse, if filing)

United States Bankruptcy Court for the: _____Middle_____ District of _____TN_____
(State)

Case number _____17-07517_____

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:**    **Mortgage Information**

**Name of creditor:** U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V

**Court claim no.** (if known): _____16_____

**Last 4 digits** of any number you use to identify the debtor's account: __6309__ ____ ____ ____

**Property address:** _____85 Little Creek Road_____
Number    Street

_____Pleasant Shade, TN 37145_____

_____
City           State      ZIP Code

---

**Part 2:**    **Prepetition Default Payments**

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

---

**Part 3:**    **Postpetition Mortgage Payment**

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor(s) is due on: ___ / ___ / _____
                                                      MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     Creditor asserts that the total amount remaining unpaid as of the date of this response is:

     a. Total postpetition ongoing payments due:    (a) $ __2,485.48*__

     b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

     c. **Total**. Add lines a and b.    (c) $ _____

     Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __3__ / __1__ / __2022__    * 2 payments @ $1,242,74
                                                     MM / DD / YYYY

Debtor 1 _____Kenneth Neil Fisher_____     Case number *(if known)* _____
First Name        Middle Name        Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ _____/s/ Mark A. Baker_____     Date ___4/8/2022___
Signature

Print _____Mark A. Baker_____     Title ___Attorney_____
First Name        Middle Name        Last Name

Company ___McMichael Taylor Gray LLC_____     Text

If different from the notice address listed on the proof of claim to which this response applies:

Address _____3550 Engineering Drive Suite 260_____
Number        Street

_____Peachtree Corners GA 30092_____
City        State        ZIP Code

Contact phone ( _404_ ) _474_ – _7149_        Email _mabaker@mtglaw.com_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Kenneth Neil Fisher
85 Little Creek Rd
Pleasant Shade, TN 37145

Angela Marie Fisher
85 Little Creek Rd
Pleasant Shade, TN 37145

**Via CM/ECF electronic service:**
Jacquelyn Michelle Scott
P.O. BOX 283
Carthage, TN 37030

Henry Edward Hillderbrand III
PO BOX 340019
OFFICE OF THE CHAPTER 13 TRUSTEE
Nashville, TN 37203

Dated: April 8, 2022

Respectfully submitted,

By: /s/ Mark A. Baker
Anne Marie Throne, Esq.
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: athrone@mtglaw.com
MTG File No.: